[File No. 6158.]

L. R. BAIRD, as Receiver of the Flasher State Bank of Flasher, North Dakota, Appellant, v. ROBERT T. GRAY, as Sheriff of Morton County, North Dakota, Respondent.

(249 N. W. 718.)

Opinion filed July 17, 1933.

*George F. Shafer,* for appellant.

*C. F. Kelsch,* for respondent.

*Coventy & Thompson,* amicus curiæ.

PER CURIAM: The only issue argued by the parties was the scope and effect of the law involved in the case of State ex rel. Cleveringa v. Klein, etc. ante, 514, 249 N. W. 118. Upon the authority of that case the judgment is reversed.

NUESSLE, Ch. J., and CHRISTIANSON, BIRDZELL and BURKE, JJ., concur.